FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 8 - 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-03022-MSK-MJW

TONY MARTINEZ,

    Plaintiff,

v.

FARMING TECHNOLOGY, INC., d/b/a MOUNTAIN KING POTATOES, INC.,

    Defendant.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 7th day of January, 2010.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 09-cv-03022-MSK-MJW

Jim Abrams
Attorney at Law
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Farming Technology, Inc., d/b/a Mountain King Potatoes, Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Farming Technology, Inc., d/b/a Mountain King Potatoes, Inc.: COMPLAINT FILED 12/30/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on __1/8/10__.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk